**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DECRICK STEPHENS,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:13-CV-4175-D** |
| | ) | |
| **COMMERCIAL RADIO, et. al,** | ) | |
| **Defendants.** | ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the

findings, conclusions, and recommendation of the magistrate judge, the court concludes that the

findings and conclusions are correct.  It is therefore ordered that the findings, conclusions, and

recommendation of the magistrate judge are adopted.

**SO ORDERED**.

December 30, 2013.


_____
SIDNEY A. FITZWATER
CHIEF JUDGE